No. 88–5943. MARSHBURN *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 88–5948. THISSEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–5951. ELLIS *v.* KENTUCKY STATE BOARD OF PAROLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5955. WEICHERT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–5968. BARKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5973. HUGGINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5995. MUHAMMAD *v.* JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5996. KOEDATICH *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 88–5999. GORDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6001. SMITH *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 88–6002. SANCHEZ-CEBEZAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6007. BRYANT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6011. REINHARDT *v.* UNITED STATES; and
No. 88–6028. HENDRICKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6016. GURULE *v.* KAUTZKY, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.